IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMON DEAN RICHARDS,

    Plaintiff,

v.

                                    CASE NO. 4:12-cv-615-RH-GRJ

KENNETH TUCKER, SECRETARY,
DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.
_____/

## ORDER

Plaintiff initiated this pro se prisoner civil rights case by filing a Complaint (Doc. 1) in the Middle District of Florida. Plaintiff also filed a motion for leave to proceed as a pauper on the Middle District forms (Doc. 2). The case was then transferred to the Northern District of Florida, Tallahassee Division. (Doc. 5.) Upon due consideration, Plaintiff's motion is **GRANTED** to the extent that the case may proceed without the prepayment of the entire filing fee. Plaintiff shall pay **$0.00** as an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A); however, Plaintiff is assessed the total $350.00 filing fee.

Plaintiff is required to make monthly payments of twenty percent of the preceding month's income (all funds deposited into the account) credited to the Plaintiff's inmate account. The agency having custody of Plaintiff shall forward payments from the Plaintiff's account on a monthly basis to the Clerk each time the amount in the account exceeds $10.00. These payments shall continue until the full $350.00 filing fee is paid. These payments should be made by means of a check from a penal institution, a

cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." The following information shall either be included on the face of the payment or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number and, (3) Northern District of Florida Case Number 4:12-cv-615-RH-GRJ. Checks or money orders which do not have this information will be returned.

Plaintiff is warned that he is ultimately responsible for payment of the filing fee if the agency having custody over him lapses in its duty to make payments on his behalf. Thus, in case of transfer, Plaintiff should ensure that any new institution is advised of this lawsuit and Plaintiff's payment obligations. Plaintiff should retain a copy of this Order for that purpose.

The **Clerk** is directed to send a copy of this Order by certified mail to: Inmate Accounts, Hardee Correctional Institution, 6901 State Road 62, Bowling Green, FL 33834.

**DONE AND ORDERED** this 12th day of February 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge